*E-FILED - 8/18/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NICHOLAS HARRIS, | ) | No. C 01-21193 RMW (PR) |
| Petitioner, | ) ) | ORDER GRANTING EXTENSION OF TIME |
| vs. | ) ) | |
| SYLVIA GARCIA, | ) ) | |
| Respondent. | ) ) ) | (Docket No. 58) |

Good cause appearing, petitioner's motion for an extension of time in which to file a supplemental traverse (Docket No. 58) is GRANTED. The supplemental traverse filed by petitioner on January 10, 2008 is timely.

IT IS SO ORDERED.

DATED: 8/15/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

G:\PRO-SE\SJ.Rmw\HC.01\Harris193eot.wpd