*E-FILED - 8/17/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS HARRIS, | No. C 01-21193 RMW (PR) |
|     Petitioner, | JUDGMENT |
|     v. | |
| SYLVIA GARCIA, | |
|     Respondent. | |

Pursuant to the order filed concurrently herewith, judgment granting in part and denying part the petition for a writ of habeas corpus is hereby entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: __8/17/10_____

_____
RONALD M. WHYTE
United States District Judge